IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TODD L. GREEN,<br><br>Plaintiff,<br><br>vs.<br><br>ALLIED OIL & TIRE COMPANY, a Nebraska corporation;<br><br>Defendant. | **8:17CV387**<br><br>**ORDER** |

Joint Stipulation for Dismissal (Filing No. 44) is granted. Parties have settled their various disputes. This action is hereby dismissed in its entirety, with prejudice, with each party to bear its own attorney fees and costs.

Dated this 26th day of April, 2019.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge